```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| TOMASA ORELLANA | : |
|  | : |
| v. | : Civil Action No. DKC 19-0080 |
|  | : |
| ABSOLUTE SERVICE INDUSTRIES, LLC, et al. | : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 10th day of May, 2019, by the United States District Court for the District of Maryland, ORDERED that:

1. The parties' joint motion for approval of their settlement agreement (the "Agreement") (ECF No. 24) BE, and the same hereby IS, GRANTED;

2. The Agreement (ECF No. 24-1) BE, and the same hereby IS, APPROVED, as a reasonable and fair compromise of Plaintiff's FLSA claims;

3. Plaintiff Tomasa Orellana shall file a stipulation dismissing the amended complaint (ECF No. 22) with prejudice within ten (10) days of receipt of the final payment due under the Agreement;

4. This court retains jurisdiction over the enforcement of and over any dispute arising under the Agreement;

5.   This court further retains jurisdiction over the entry of judgment against the Defendants in accordance with the Agreement; and

6.   The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and administratively close this case.

                                                      /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge